# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY ROSSER-BRONAUGH, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:12-CV-00485 |
| EARLY WARNING SERVICES, LLC, | § | **Jury Trial Demanded** |
| Defendant. | § | |

## DEFENDANT EARLY WARNING SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT AND
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties, Defendant Early Warning Services, LLC hereby files its Corporate Disclosure Statement and Certificate of Interested Parties, and states the following:

1. The following publicly held corporations own 10% or more of stock in Early Warning Services, LLC: (i) Bank of America, N.A.; (ii) JP Morgan Chase; (iii) Wells Fargo, N.A.; (iv) Branch Banking & Trust; and (v) Capital One.

2. Upon information and belief, the following is a complete list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. The names of each corporation whose securities are publicly traded are underlined.

    (a) Tiffany Rosser-Bronaugh

    (b) Early Warning Services, LLC

  (c) <u>JP Morgan Chase</u>

  (d) <u>Bank of America, N.A.</u>

  (e) <u>Wells Fargo, N.A.</u>

  (f) <u>Branch Banking & Trust</u>

  (g) <u>Capital One</u>

  Defendant will amend and/or supplement after discovery as may be necessary.

Dated: March 1, 2012

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Peter S. Wahby*
Peter S. Wahby
State Bar No. 24011171
Southern District of Texas No. 37917
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601
wahbyp@gtlaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
EARLY WARNING SERVICES, LLC

Of Counsel:

Peter K. Lacina
State Bar No. 24063960
Southern District of Texas No. 1097835
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601
lacinap@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Corporate Disclosure Statement and Certificate of Interested Parties was served on March 1, 2012 upon *pro se* party of record by First-Class Mail and Certified Mail, Return Receipt Requested:

Tiffany Rosser-Bronaugh
20819 Rose Crossing
Spring, TX 77379

/s/ *Peter S. Wahby*

PHX 330,181,078v1 3-1-12